UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and the States of CALIFORNIA, CONNECTICUT, FLORIDA, ILLINOIS, MASSACHUSETTS, MICHIGAN, NEW YORK, OHIO, RHODE ISLAND, and TEXAS, and the Government of PUERTO RICO, *ex rel*. MSP WB, LLC and MICHAEL ANGELO.

                Qui tam Plaintiffs-Relators,

    v.

UNDER SEAL DEFENDANTS 1 - 317,

                Defendants.

_____/

Civil Action No. 19-12165

Hon. Arthur J. Turnow

Mag. Judge R. Steven Whalen

## AMENDED JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION[1]

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), Michigan's

Medicaid False Claim Act, M.C.L. 400.610a, and the False Claims Acts of

California, Connecticut, Florida, Massachusetts, New York, Rhode Island, Puerto

---

[1] This joint notice replaces the notice filed at Docket Number 21. The caption on Docket Number 21 did not accurately list all of the parties added by the Amended Complaint.

Rico and Texas, the United States of America ("United States") and Michigan, California, Connecticut, Florida, Massachusetts, New York, Rhode Island, Puerto Rico, and Texas ("States") hereby notify the Court of their respective decisions not to intervene in this action.

The Complaint was filed in July 2019 naming the United States and the State of Michigan as plaintiffs.  On March 9, 2021, the United States and Michigan notified the Court of their decision not to intervene.  Thereafter, Relator filed an Amended Complaint which includes additional plaintiffs.  The United States and Michigan, California, Connecticut, Florida, Massachusetts, New York, Rhode Island, Puerto Rico, and Texas have reviewed the Amended Complaint and have elected to decline intervention in the Action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Additionally, M.C.L. 400.610a(1) permits the relator to maintain this action in the name of the State of Michigan; providing, however, that the action may be dismissed only if the Attorney General for the State of Michigan is notified and given an opportunity to oppose the dismissal. The analogous statutes of California, Connecticut, Florida, Massachusetts, New York, Rhode Island, Puerto Rico, and Texas similarly allow the relator to maintain the action in the name of the states; providing, however, that the action may be dismissed only if they are notified and given an opportunity to oppose the dismissal. *See, e.g.*, N.Y. State Fin. Law § 190(5)(a); Fla. Stat. § 68.083(2).

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to its counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Likewise, the Attorney General for the State of Michigan, pursuant to M.C.L. 400.610a(6), requests that her office be served with copies of all pleadings and court orders filed in this action. The Michigan Attorney General also requests that her office be served with all notices of appeal. California, Connecticut,

Florida, Massachusetts, New York, Rhode Island, Puerto Rico, and Texas also request that the same rights be afforded to them.

A proposed order accompanies this notice.

Respectfully submitted,
SAIMA S. MOHSIN
Acting United States Attorney

Date:  8/9/2021

/s/John Postulka
JOHN POSTULKA (P71881)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9118
john.postulka2@usdoj.gov

DANA NESSEL
Michigan Attorney General

/s/Jason Evans
JASON EVANS (P61567)
Assistant Attorney General
525 W. Ottawa Street
Lansing, Michigan 48909
(517) 241-6500
EvansJ@michigan.gov

ROB BONTA
Attorney General of California

By: /s/Matthew C. Kilman
Matthew C. Kilman
Deputy Attorney General
Office of the Attorney General
Division of MediCal Fraud and Elder Abuse

1615 Murray Canyon Rd., Suite 700
San Diego, California 92108
Tel. (619) 358-1011
Email: Matt.Kilman@doj.ca.gov

WILLIAM TONG
**Connecticut Attorney General**

/s/Gregory O'Connell
Gregory O'Connell
Assistant Attorney General
Office of the Attorney General
165 Capitol Ave, Hartford, CT 06106
Office: +1 860-808-5040
Gregory.O'Connell@ct.gov

ASHLEY MOODY
Florida Attorney General

By: /s/ Cedell Ian Garland
Cedell Ian Garland
Deputy Director – Civil Enforcement
Florida Bar No: 58640
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01, The Capitol
Tallahassee, FL 32399
Telephone: 850- 414-3904
Facsimile: 850- 410-0179
Email: Cedell.Garland@myfloridalegal.com

COMMONWEALTH OF
MASSACHUSETTS
MAURA HEALEY
Attorney General

By: /s/ Toby R. Unger
Toby R. Unger, Chief, MFD
BBO No. 633805
Assistant Attorney General

5

Medicaid Fraud Division
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
P: (617) 963-2033
Toby.Unger@mass.gov

LETITIA JAMES
Attorney General

By: /s/ Diana Elkind
Diana Elkind
Senior Counsel
Medicaid Fraud Control Unit
Office of the Attorney General of New York
State
28 Liberty Street
New York, NY 10005
212-417-4171
Diana.Elkind@ag.ny.gov

DOMINGO EMANUELLI HERNANDEZ
Puerto Rico Attorney General

By: /s/ Luis Freire
LUIS FREIRE
Prosecutor
Medicaid Fraud Control Unit
Puerto Rico Bar #17287
Puerto Rico Department of Justice
PO BOX 9020192
San Juan, PR  00902
(787) 721-2900 x1568
(787) 717-4902 (cel)
lfreire@justicia.pr.gov

STATE OF RHODE ISLAND

PETER F. NERONHA
ATTORNEY GENERAL

By: /s/James F. Dube
James F. Dube, #4381
Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400

KEN PAXTON
Attorney General of Texas

By: /s/ *Susan Arenella*
Susan Arenella
State Bar No. 24001320
Assistant Attorney General
Civil Medicaid Fraud Division
Office of the Attorney General for Texas
P.O. Box 12548
Austin, Texas 78711
Telephone:  512-936-1448
Facsimile: 512-936-0674
Email: Susan.Arenella@oag.texas.gov

**Certification of Service**

I hereby certify under penalty of perjury that on August 9, 2021, this Joint

Notice Of Election To Decline Intervention and the Proposed Order will be served

by first class mail, postage prepaid, upon Relator at:

    Attorney Shereef Akeel
    888 W Big Beaver Road, Ste. 420
    Troy, MI 48084


                   /s/ Aida Garmo
                   Legal Assistant