UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, CONNECTICUT, FLORIDA, ILLINOIS, MASSACHUSETTS, MICHIGAN, NEW YORK, OHIO, RHODE ISLAND, and TEXAS, and the Government of PUERTO RICO, *ex rel.* MSP WB, LLC and MICHIGAN ANGELO, | Civil Case No. 19-12165 Honorable Gershwin A. Drain Mag. Judge Anthony P. Patti |
| Plaintiffs-Relators, | **FALSE CLAIMS ACT MEDICARE FRAUD** |
| v. | |
| 21ST CENTURY ADVANTAGE INS., CO., *et al.,* | |
| Defendants. _____/ | |

## NOTICE OF ELECTION TO DECLINE INTERVENTION

Illinois was inadvertently omitted from the previously filed Joint Notice of Election to Decline Intervention.  Pursuant to 740 ILCS 175/1 *et. seq.* (Illinois False Claims Act), Illinois hereby notifies the Court of its decision not to intervene in this action.

The Illinois False Claims Act, 740 ILCS 175/4(c) permits the relator to maintain this action in the name of the State of Illinois; providing, however, that

the action may be dismissed only if the Attorney General for the State of Illinois is notified and given an opportunity to oppose the dismissal.

The Attorney General for the State of Illinois, pursuant to 740 ILCS 175/4(c)(4), further requests that his office be served with copies of all pleadings and court orders filed in this action.  The Illinois Attorney General also requests that his office be served with all notices of appeal.

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

/s/Robert Barba
Assistant Attorney General
Illinois Attorney General's Office
100 West Randolph St., 12th Fl.
Chicago, IL 60601
312-814-4498 Office
312-814-5366 Fax
Robert.Barba@ilag.gov

Dated:  August 20, 2021