**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the States of CALIFORNIA, CONNECTICUT, FLORIDA, ILLINOIS, MASSACHUSETTS, MICHIGAN, NEW YORK, OHIO, RHODE ISLAND, and TEXAS, and the Government of PUERTO RICO, *ex rel.*, MSP WB, LLC, ex. rel., and MICHAEL ANGELO, *ex rel.*, <br><br>Plaintiffs, <br><br>v. <br><br>STATE FARM MUT. INS. CO., *et al.* <br><br>Defendants. | Case No. 2:19-cv-12165-GAD-APP <br> Hon. Gershwin A. Drain <br> Mag. Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Charles W. Browning with the law firm of Plunkett Cooney hereby enters his appearance as counsel of record on behalf of Defendants, American Equity Ins. Co., American Equity Specialty Ins. Co., Automobile Ins. Co. of Hartford CT, Charter Oak Fire Ins. Co., Discover Prop. & Cas. Ins. Co., Discover Specialty Ins. Co., Farmington Cas. Co., Fidelity & Guar Ins. Co., Fidelity & Guar Ins. Underwriters Inc., First Floridian Auto & Home Ins. Co., Gulf Underwriters Ins. Co., Northfield Ins. Co., Northland Cas. Co., Northland Ins. Co., Phoenix Ins. Co., Select Ins. Co., St. Paul Fire & Marine

Ins. Co., St. Paul Guardian Ins. Co., St. Paul Mercury Ins. Co., St. Paul Protective Ins. Co., St. Paul Surplus Lines Ins. Co., Standard Fire Ins. Co., The Travelers Cas. Co., Travco Ins. Co., Travelers Cas. & Surety Co., Travelers Cas. & Surety Co. of Amer., Travelers Cas. Co. of CT, Travelers Cas. Ins. Co. of Amer., Travelers Commercial Cas. Co., Travelers Commercial Ins. Co., Travelers Constitution State Ins. Co., Travelers Excess & Surplus Lines Co., Travelers Home & Marine Ins. Co., Travelers Ins. Co., Travelers Ins. Co. of Amer., Travelers Indemnity Co. of CT, Travelers Lloyds Ins. Co., Travelers Lloyds of TX Ins. Co., Travelers Personal Ins. Co., Travelers Personal Security Ins. Co., Travelers Prop. Cas. Co. of Amer., Travelers Prop. Cas. Ins. Co., and United States Fidelity & Guar Co. ("Travelers Defendants"), in the above-captioned matter.

Respectfully submitted,

*s/ Charles W. Browning*
Charles W. Browning (P32978)
PLUNKETT COONEY, P.C.
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
T: (248) 901-4000
F: (248) 901-4040
cbrowning@plunkettcooney.com
***Attorney for Travelers Defendants***

Date: October 15, 2021

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 15th day of October 2021, I filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

                                              *s/ Charles W. Browning*
                                              Charles W. Browning (P32978)
                                              PLUNKETT COONEY, P.C.

Open.P0255.P0255.27367495-1