# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA
and the States of CALIFORNIA,
CONNECTICUT, FLORIDA,
ILLINOIS, MASSACHUSETTS,
MICHIGAN, NEW YORK, OHIO,
RHODE ISLAND, and TEXAS, and
the Government of PUERTO RICO,
*ex rel*. MSP WB, LLC, and *ex. rel.*
MICHAEL ANGELO,

      Plaintiffs-Relators,

v.

STATE FARM MUT. AUTO. INS.
CO., *et al.*

      Defendants.

Case No.: 2:19-cv-12165-LJM-APP
Hon. Laurie J. Michelson
Mag. Judge Anthony P. Patti

## DEFENDANTS' MOTION REQUESTING JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move this Court, in connection with their concurrently filed Motion to Dismiss, to take judicial notice of Exhibits 1–47, true and correct copies of which are attached hereto, pursuant to Federal Rule of Evidence 201. Exhibits 1–46 are news articles, complaints and documents filed in other courts, and information contained in the public record maintained by the Delaware Department of State on its website regarding the formation of Relator MSP WB, LLC. Exhibit 47 is a list of prior lawsuits initiated by Relator MSP WB, LLC's affiliates, and judicial notice of such lawsuits is requested.

Pursuant to Local Rule 7.1(a)(1), Relators' consent to the relief requested was sought on December 13, 2021 and was not given, necessitating presentation of this motion.

[*Defendants' signature blocks located at end of memorandum of law*]

## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION REQUESTING JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT

## STATEMENT OF ISSUE PRESENTED

Should the Court take judicial notice of Exhibits 1–46 and the litigations listed in Exhibit 47 in connection with Defendants' Motion to Dismiss the Amended Complaint?

**Answer: Yes.**

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

1. Fed. R. Evid. 201

2. *Armengau v. Cline*, 7 F. App'x 336 (6th Cir. 2001)

3. *U.S. ex rel. Harper v. Muskingum Watershed Conservancy Dist.*, 2015 WL 7575937 (N.D. Ohio 2015)

4. *U.S. ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968 (W.D. Mich. 2003)

5. *U.S. ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805 (11th Cir. 2015)

6. *U.S. ex rel. Fry v. Health All. of Greater Cincinnati*, 2009 WL 1324164 (S.D. Ohio 2009)

7. *Gomba Music, Inc. v. Avant*, 62 F. Supp. 3d 632, 636 (E.D. Mich. 2014)

8. *Cunningham v. Rapid Response Monitoring Servs.*, 251 F. Supp. 3d 1187 (M.D. Tenn. 2017)

9. *Bridgeport Music, Inc. v. Smith*, 714 F.3d 932 (6th Cir. 2013)

10. *U.S. v. Ferguson*, 681 F.3d 826 (6th Cir. 2012)

# ARGUMENT

This Court should grant Defendants' motion to take judicial notice of Exhibits 1–46 and the lawsuits listed in Exhibit 47.  The Court may take judicial notice of facts "not subject to reasonable dispute" in that they are either (1) "generally known within the territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  A court must take judicial notice "if requested by a party and supplied with the necessary information."  Fed. R. Evid. 201(c)(2).  A court ruling on a Rule 12(b)(6) motion may consider public records and matters of which the court may take judicial notice.  *Armengau v. Cline*, 7 F. App'x 336, 344 (6th Cir. 2001); *see also New England Health Care Emps. Pension Fund v. Ernst & Young, LLP*, 336 F.3d 495, 501 (6th Cir. 2003).

## I.       News Articles (Exhibits 1 – 34)

Defendants request that the Court take judicial notice of the existence of the news articles attached as Exhibits 1 through 34.  This Court may properly take judicial notice of the existence of news articles available on the Internet in the context of the False Claims Act's ("FCA") public disclosure bar.  *U.S. ex rel. Harper v. Muskingum Watershed Conservancy Dist.*, 2015 WL 7575937, at *7 (N.D. Ohio 2015) (taking judicial notice of online public postings and news stories in FCA case for purposes of public disclosure bar); *U.S. ex rel. Dingle v. BioPort Corp.*, 270 F.

Supp. 2d 968, 975 (W.D. Mich. 2003) (concluding in FCA context that it is appropriate to take judicial notice, under Fed. R. Evid. 201, of public documents from reliable sources on the Internet).

| Exhibit No. | |
|---|---|
| 1 | Celeste Bott, *7th Circ. Won't Pull Criticism From State Farm Suit Ruling*, LAW 360 (May 25, 2021), https://www.law360.com/articles/1387884. |
| 2 | Celeste Bott, *Debt Cos. Say 7th Circ.'s State Farm Suit Ruling Is 'Unfair'*, LAW 360 (May 5, 2021), https://www.law360.com/articles/1381858. |
| 3 | Celeste Bott, *7th Circ. Dings 'Sue First' Tactic Of State Farm Medicare Suit,* LAW 360 (April 20, 2021), https://www.law360.com/articles/1377067. |
| 4 | Carolina Bolado, *USAA Slams Akerman DQ Bid In Medicare Repayment Row*, LAW 360 (March 3, 2021), https://www.law360.com/articles/1360785. |
| 5 | *Physicians and Other Providers Can Now Sue Insurers for Double Damages Under the Medicare Secondary Payer Law,* NATIONAL LAW REVIEW (Feb. 25, 2021), https://www.natlawreview.com/article/physicians-and-other-providers-can-nuow-sue-insurers-double-damages-under-medicare. |
| 6 | Celeste Bott, *7th Circ. Urged To Revive State Farm Medicare Suit*, LAW360 (Nov. 5, 2020), https://www.law360.com/articles/1326247. |
| 7 | Kevin Stawicki, *11th Circ. Urged To Undo Medicare Secondary Payer Ruling*, LAW 360 (Oct. 28, 2020), https://www.law360.com/articles/1323438. |
| 8 | Kathryn Tucker, *Medical Providers Score Billion-Dollar Win in Insurance Recovery Claims Case*, BENEFITS PRO (Sept. 17, 2020), https://www.benefitspro.com/2020/09/17/lawyers-says-11th-circuit-ruling-will-allow-billions-of-dollars-in-insurance-recovery-claims-412-103994/?slreturn=20211017163021. |
| 9 | Jim Sams, *Appellate Court Revives Medicare Secondary Payer Act Suits by Collection Agents*, CLAIMS JOURNAL (Sept. 9, 2020), https://www.claimsjournal.com/news/national/2020/09/09/299226.htm. |

| Exhibit No. | |
|---|---|
| 10 | Carolina Bolado, *11th Circ. OKs Medicare Providers' Suits Against Insurers*, LAW360 (Sept. 4, 2020), https://www.law360.com/articles/1307545. |
| 11 | Angela Childers, *Insurers could face stiff Medicare secondary payer penalties*, BUSINESS INSURANCE (Feb. 26, 2020), https://www.businessinsurance.com/article/20200226/NEWS08/912333248/Insurers-could-face-stiff-Medicare-secondary-payer-penalties. |
| 12 | Carolina Bolada, *Medicare Plans Try To Revive Suits Against Primary Insurers*, LAW 360 (Dec. 13, 2019), https://www.law360.com/articles/1228070. |
| 13 | *Recent Settlements Warn Of Consequences For Failure To Reimburse Medicare*, JD SUPRA (Nov. 27, 2019), https://www.jdsupra.com/legalnews/recent-settlements-warn-of-consequences-14614/. |
| 14 | Lauraann Wood, *'Enough Is Enough' In State Farm Medicare Suit, Judge Says*, LAW 360 (Nov. 26, 2019), https://www.law360.com/articles/1223437. |
| 15 | Celeste Bott, *7th Circ. Nixes Sanctions In Medicare Reimbursement Suit*, LAW 360 (Aug. 16, 2019), https://www.law360.com/articles/1189301. |
| 16 | Celeste Bott, *State Farm Slams Cert. Bid In Medicare Reimbursement Suit,* LAW 360 (Jul. 25, 2019), https://www.law360.com/articles/1181924. |
| 17 | Carolina Bolado, *Hanover Unit Can't Dodge Medicare Reimbursement Suit*, LAW 360 (May 23, 2019), https://www.law360.com/articles/1162450. |
| 18 | *MSP Recovery Gets Caught in the Tangled Web of the Medicare Secondary Payer Act*, GR MEDICARE (Mar. 21, 2019), https://www.grmedicare.com/2019/03/21/msp-recovery-gets-caught-in-the-tangled-web-of-the-medicare-secondary-payer-act/#page=1. |
| 19 | *Ocean Harbor: Fla. App. Flips Class Certification in MSPA Suit*, 2018 WLNR 34083572, CLASS ACTION PROSPECTOR (Nov. 2, 2018), https://1.next.westlaw.com/Document/I6ebc0670df3f11e88afe9a173e6690a2/View/FullText.html?transitionType=UniqueDocItem&contextData=(sc.Default)&userEnteredCitation=2018+WLNR+34083572. |
| 20 | Laura Besvinick & Julie Nevins, *The State Of Medicare Secondary Payer Act Litigation,* LAW 360 (July 27, 2018), |

| Exhibit No. | |
|---|---|
| | https://www.law360.com/articles/1067520/the-state-of-medicare-secondary-payer-act-litigation. |
| 21 | Lawrence Hamilton II & Michael Gropper, *Ruling: Medical Providers Not Subject to Double Damages Under Medicare Secondary Payer Act*, HOLLAND & KNIGHT (Mar. 8, 2018), https://www.hklaw.com/en/insights/publications/2018/03/ruling-medical-providers-not-subject-to-double-dam. |
| 22 | Gary Herschman et al., *Medicare Secondary Payer Compliance: Payer FCA Litigation (Part VII)*, HEALTH LAW ADVISOR (Mar. 8, 2018), https://www.healthlawadvisor.com/2018/03/08/medicare-secondary-payer-compliance-payer-fca-litigation-part-vii/. |
| 23 | Andrew Kuder, *Medicare Secondary Payer Compliance: Non-Group Health Plans (NGHPs) (Part IV)*, NATIONAL LAW REVIEW (Feb. 27, 2018), https://www.natlawreview.com/article/medicare-secondary-payer-compliance-non-group-health-plans-nghps-part-iv. |
| 24 | John Kennedy, *Medicare Advantage Groups Push To Keep State Farm Suit*, LAW360 (Aug. 4, 2017), https://www.law360.com/articles/951494. |
| 25 | *MSP Recovery Wins First-Ever Certifications for Class-Action Lawsuits*, BUSINESS WIRE (May 9, 2017), https://www.businesswire.com/news/home/20170509005925/en/MSP-Recovery-Wins-First-Ever-Certifications-for-Class-Action-Lawsuits. |
| 26 | *Second Circuit Affirms Dismissal of FCA Cases*, JD SUPRA (Apr. 11, 2017), https://www.jdsupra.com/legalnews/second-circuit-affirms-dismissal-of-fca-40462/. |
| 27 | *Second Circuit Affirms Dismissal of False Claims Act Medicare Secondary Payer Cases,* JONES DAY (Apr. 2017), https://www.jonesday.com/en/insights/2017/04/second-circuit-affirms-dismissal-of-false-claims-act-medicare-secondary-payer-cases#:~:text=The%20Second%20Circuit%20affirmed%20the,%22MSP%22)%20provision%20of%20the. |
| 28 | Celia Ampel, *How a Miami Law Firm Plans to Recover Billions for Medicare*, LAW.COM (Apr. 7, 2017), https://www.law.com/sites/almstaff/2017/04/07/how-a-miami-law-firm-plans-to-recover-billions-for-medicare/. |
| 29 | Dani Kass, *2nd Circuit Upholds Sanctions Against NY Atty In FCA Suit*, LAW 360 (Apr. 4, 2017), https://www.law360.com/articles/909643/2nd-circ-upholds-sanctions-against-ny-atty-in-fca-suit. |

| Exhibit No. | |
|---|---|
| 30 | Emma Cueto, *Auto Insurer Owes for Medicare Patient Injuries, Suit Says*, LAW 360 (Mar. 30, 2017), https://www.law360.com/articles/908088/auto-insurer-owes-for-medicare-patient-injuries-suit-says. |
| 31 | *Medicare Secondary Payer – A Lot Less Boring Now*, DRUG AND DEVICE LAW BLOG (Jan. 16, 2017), https://www.druganddevicelawblog.com/2017/01/medicare-secondary-payer-a-lot-less-boring-now.html. |
| 32 | Vera Gruessner, *How the SMART Act Resolved Medicare Secondary Payer Issues*, HEALTH PAYER INTELLIGENCE (May 18, 2016), https://healthpayerintelligence.com/news/how-the-smart-act-resolved-medicare-secondary-payer-issues. |
| 33 | Michelle Andrews, *Payment Can Be Elusive For Medicare Beneficiaries In Personal Injury Case*s, NPR (Jan. 29, 2013), https://www.npr.org/sections/health-shots/2013/01/29/170545833/payment-can-be-elusive-for-medicare-beneficiaries-in-personal-injury-cases. |
| 34 | *New Medicare Reporting Rules Loom Over Defendants, Insurers* 32 No. 25 WESTLAW JOURNAL ASBESTOS 4 (Oct. 1, 2010), https://1.next.westlaw.com/Document/If891f557ee1611df9b8c850332338889/View/FullText.html?originationContext=typeAhead&transitionType=Default&contextData=(sc.Default). |

## II.   Publicly-Filed Court Documents and Delaware Department of State Public Information (Exhibits 35 – 46)

Defendants seek judicial notice of complaints and other documents filed in various courts, as well as information contained on the Delaware Department of State's website.  In FCA cases, "[c]ourts may take judicial notice of publicly filed documents . . . at the Rule 12(b)(6) stage."  *U.S. ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805, 811 (11th Cir. 2015) (taking judicial notice of transcript of public hearing and Special Master's report in a different case).  This includes publicly-filed

discovery documents. *United States ex rel. Fry v. Health All. of Greater Cincinnati*, 2009 WL 1324164, at *11 (S.D. Ohio 2009) (explaining that the court can take judicial notice of discovery documents filed on public docket). Similarly, information contained in public records, such as information filed with and maintained by the Delaware Secretary of State on its website, are the proper subject of judicial notice. *See Gomba Music, Inc. v. Avant*, 62 F. Supp. 3d 632, 636 (E.D. Mich. 2014) (taking judicial notice of state of Michigan's records regarding the incorporation of company).

| Exhibit No. | |
|---|---|
| 35 | Amended Complaint, *U.S. v. Stricker*, ECF No. 1 (N.D. Ala. Dec. 2, 2009) (No. CV-09-PT-2423-E). |
| 36 | Amended Complaint, *U.S. ex rel. Takemoto v. The Hartford Fin. Servs. Grp.*, ECF No. 170 (W.D.N.Y. Oct. 31, 2014) (No. 1:11-cv-00613-WMS-JJM). |
| 37 | Amended Complaint, *U.S. ex rel. Hayes v. Allstate Ins. Co.*, ECF No. 21 (W.D.N.Y. Apr. 22, 2014) (No. 1:12-cv-01015-WMS-JJM). |
| 38 | Docket, *J.B. v. King Jamaican & Am. Restaurant* (Sup. Ct. Bronx Cnty. 2017) (No. 20278/17E). |
| 39 | Complaint, Dkt., *J.B. v. King Jamaican & Am. Restaurant LLC*, Dkt. No. 1 (Sup. Ct. Bronx Cnty. Apr. 30, 2018) (No. 20278/17E). |
| 40 | Settlement Agreement, *State Farm Mut. Auto. Ins. Co. v. Angelo*, ECF No. 118-2 (E.D. Mich. Apr. 4, 2021) (No. 3:19-cv-10669). |
| 41 | First Amended Complaint, *MSP Recovery Claims, Series LLC v. The Travelers Indem. Co.*, ECF No. 32 (S.D. Fla. Feb. 9, 2021) (No. 1:20-cv-24176). |
| 42 | Deposition of Jorge Lopez, *MSP Recovery Claims, Series LLC v. United Auto. Ins. Co.*, ECF No. 145-2 (S.D. Fla. April 14, 2021) (No. 1:20-cv-20887-CMA). |

| Exhibit No. | |
|---|---|
| 43 | Deposition of Christopher Miranda, *MSP Recovery Claims, Series LLC v. United Auto. Ins. Co.*, ECF No. 145-4 (S.D. Fla. April 14, 2021) (No. 1:20-20887-CMA). |
| 44 | Second Amended Complaint, *MSP Recovery Claims, Series LLC v. The Travelers Indemnity Co., et al.*, ECF No. 95 (S.D. Fla. Aug. 11, 2021) (No. 1:20-cv-24176). |
| 45 | First Amended Complaint, *MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co*., ECF No. 55 (S.D.N.Y. Oct. 13, 2020) (No. 1:20-cv-2102). |
| 46 | Del. Dep't of State: Division of Corporations, MSP WB, LLC, https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx (by searching "MSP WB, LLC" in "Entity Name"). |

## III.    Prior Lawsuits Initiated By Relator MSP WB LLC and Affiliates (Exhibit 47)

Defendants request that the Court take judicial notice of the existence of the lawsuits and complaints listed in Exhibit 47, which is a chart created by Defendants listing the case name, court and docket number, date the complaints were filed, and status of 144 lawsuits initiated by Relator MSP WB, LLC's affiliated entities that assert claims related to the Medicare Secondary Payer Act.[1]  Courts "may take judicial notice of entries from its docket or another court's, although it may not credit disputable facts therein as evidence."  *Cunningham v. Rapid Response Monitoring Servs*., 251 F. Supp. 3d 1187, 1191 n.1 (M.D. Tenn. 2017) (taking judicial notice of

---

[1]    Defendants created the chart to avoid burdening the Court with the actual complaints and dockets from the courts, which are voluminous.  However, both are available in the public record.

plaintiff's commencement of other lawsuits and citing *In re Omnicare, Inc. Sec. Litig.*, 769 F.3d 455, 468 (6th Cir. 2014)).  Courts may also take judicial notice of the fact of prior litigations, which are facts "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  *Bridgeport Music, Inc. v. Smith*, 714 F.3d 932, 936 n.4 (6th Cir. 2013) (citing Fed. R. Ev. 201(b)); *see also U.S. v. Ferguson*, 681 F.3d 826, 834 (6th Cir. 2012) ("Judicial records are a source of 'reasonably indisputable accuracy' . . . .").

\*      \*      \*

WHEREFORE, Defendants request that the Court take judicial notice of Exhibits 1 – 46, true and correct copies of which are attached hereto, and the complaints listed in Exhibit 47.

Dated:  December 15, 2021

Respectfully submitted,

_s/ Charles W. Browning_____
Charles W. Browning (P32978)
**Plunkett Cooney**
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 594-6247
Fax: (248) 901-4040
cbrowning@plunkettcooney.com

Bryce L. Friedman
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
bfriedman@stblaw.com
***Counsel for Travelers Defendants***

Michael Garvey
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-7358
Fax: (212) 455-2502
mgarvey@stblaw.com

Thomas M. Schehr
**Dykema Gossett PLLC**
400 Renaissance Center, 37th Floor
Detroit, MI 48243
Tel: (313) 568-6659
Fax: (855) 255-1528
tschehr@dykema.com
***Counsel for Berkshire Hathaway Defendants***

Steven M. Levy
**Dentons US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
Fax: (312) 876-7934
steven.levy@dentons.com

John E. Benko
**McDonald Hopkins PLC**
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
Tel: (248) 646-5070
Fax: (248) 646-5075
jbenko@mcdonaldhopkins.com
***Counsel for CSAA Defendants, Kemper Defendants, and Farmers Defendants***

Lori McAllister
**Dykema Gossett PLLC**
201 Townsend Street, Suite 900
Lansing, MI  48933
Tel: (517) 374 9150
Fax: (855) 258-3519
LMcAllister@dykema.com
*Counsel for Auto Owners Defendants*
*and Erie Defendants*

Bob E. Dapper, Jr.
Lyle Washowich
Taylor M. Davis
**Burns White LLC**
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Tel: (412) 995-3000
Fax: (412) 995-3300
redapper@burnswhite.com
ldwashowich@burnswhite.com
tmdavis@burnswhite.com
*Counsel for Erie Defendants*

Laura A. Cellucci
Joseph L. Beavers
Thomas E. Zeno
Joshua F. Kahn
**Miles & Stockbridge, P.C.**
100 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
lcellucci@milesstockbridge.com
jbeavers@milesstockbridge.com
tzeno@milesstockbridge.com
jkahn@milesstockbridge.com

Joshua J. Chinsky (P80851)
**Butzel Long**
301 East Liberty, Suite 500

Robert C. Folland
**Barnes & Thornburg LLP**
41 S. High Street, Suite 3300
Columbus, OH 43215
Tel: (614) 628-0096
Fax: (614) 628-1433
Rob.Folland@btlaw.com
*Counsel for ISO*

Daniel T. Plunkett
Francis H. Brown
**McGlinchey Stafford PLLC**
601 Poydras Street, Ste 1200,
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com
fbrown@mcglinchey.com
*Counsel for USAA Defendants*

Suzanne Jaffe Bloom
Jeffrey J. Amato
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
sbloom@winston.com
jamato@winston.com

Fred K. Herrmann (P49519)
Kathleen A. Westfall (P78874)
**Kerr, Russell and Weber, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226-3427
Tel: (313) 961-0200

Ann Arbor, MI  48104
Tel: (734) 995-3110
Fax: (313) 225-7080
chinsky@butzel.com
***Counsel for GEICO Defendants***

Gregory L. Curtner (P12414)
Matthew Kennison (P79653)
**Riley Safer Holmes & Cancila LLP**
121 W. Washington, Suite 402
Ann Arbor, MI 48104
Tel: (734) 773-4910
Fax: (734) 773-4901
gcurtner@rshc-law.com
mkennison@rshc-law.com

Douglas W. Baruch
Jennifer M. Wollenberg
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
douglas.baruch@morganlewis.com
jennifer.wollenberg@morganlewis.com
***Counsel for State Farm Defendants***

David J. Farber
**King & Spaulding LLP**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-4707

Fax: (313) 961-0388
fherrmann@kerr-russell.com
kwestfall@kerr-russell.com
***Counsel for National General Defendants***

Jason D. Popp
Andrew J. Liebler
**Alston & Bird LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-4753
Fax: (404) 881-8753
jason.popp@alston.com
andrew.liebler@alston.com

Matthew J. Lavisky
**Butler Weihmuller Katz Craig LLP**
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602
Tel: (813) 594-5656
mlavisky@butler.legal

John M. Sier (P39336)
Richard Joppich (P41709)
**Kitch Drutchas Wagner Valitutti & Sherbrook**
One Woodward Avenue, Suite 2400
Detroit, MI 48226
Tel: (313) 965-2915
john.sier@kitch.com
richard.joppich@kitch.com
***Counsel for Liberty Mutual Group Defendants***

Louis P. Gabel (P80365)
**Jones Day**
150 West Jefferson Ave., Suite 2100
Detroit, MI  48226-4438
Tel: (313) 733-3939

14

Tel: (202) 737-0500
Fax: (202) 626-3737
dfarber@kslaw.com

Jeffrey S. Cashdan
Zachary A. McEntyre
Emily S. Newton
Timothy H. Lee
**King & Spaulding LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
enewton@kslaw.com
tlee@kslaw.com

Jordan S. Bolton (P66309)
**Clark Hill LLC**
151 S Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Tel: (248) 988-1839
Fax: (248) 988-2320
JBolton@ClarkHill.com
*Counsel for Progressive Defendants*
*and Auto Club Enterprises Defendants*

Aneca E. Lasley (0072366)
**Squire Patton Boggs (US) LLP**
2000 Huntington Center
41 South High Street
Columbus, OH  43215
Tel: (614) 365-2700
Fax: (614) 365-2499
aneca.lasley@squirepb.com
*Counsel for Defendants Freedom*
*Specialty Insurance Company,*
*National Casualty Company,*
*Nationwide Affinity Insurance*

Fax: (313) 230-7997
lpgabel@jonesday.com

Matthew C. Corcoran (0078236)
**Jones Day**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673
Tel: (614) 469-3939
Fax: (614) 461-4198
mccorcoran@jonesday.com

Matthew A. Kairis (0055502)
**Jones Day**
2727 North Harwood Street
Dallas, TX  75201-1515
Tel: (214) 220-3939
Fax: (214) 969-5100
makairis@jonesday.com
*Counsel for Defendants Nationwide*
*Mutual Insurance Company, Allied*
*Insurance Company of America, Allied*
*Property and Casualty Insurance*
*Company, AMCO Insurance Company,*
*Colonial County Mutual Insurance*
*Company, Crestbrook Insurance*
*Company, Depositors Insurance*
*Company, Harleysville Insurance*
*Company, Harleysville Insurance*
*Company of New Jersey, Harleysville*
*Insurance Company of New York,*
*Harleysville Lake States Insurance*
*Company, Harleysville Preferred*
*Insurance Company, Harleysville*
*Worcester Insurance Company,*
*Nationwide Agribusiness Insurance*
*Company, Nationwide Assurance*
*Company, Nationwide General Insurance*
*Company, Nationwide Insurance*
*Company of America, Nationwide*
*Insurance Company of Florida,*

**Company of America, Scottsdale Indemnity Company, Scottsdale Insurance Company, and Scottsdale Surplus Lines Insurance Company**

**Nationwide Lloyds, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Titan Insurance Company, Victoria Fire & Casualty Company, and Victoria Select Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 15th day of December 2021, I filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

*s/ Charles W. Browning*
Charles W. Browning (P32978)

Open.06900.15407.27726250-1