# Exhibit  40

# EXHIBIT A

## CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

This Confidential Settlement Agreement and Release ("Confidential Agreement") is entered into by and among, on the one hand, State Farm Mutual Automobile Insurance Company and its subsidiaries, affiliates, officers, directors, and employees, (collectively "State Farm Mutual"), and on the other hand, (a) Michael Angelo, an individual (referred to herein as "Angelo"); (b) Tox Testing, Inc. ("Tox Testing") and US Health Pharmaceuticals, LLC d/b/a Meds Direct ("Meds Direct") (along with Angelo collectively referred to herein as "Defendants"); and (c) any entity or sole proprietorship, in whatever legal form, in which Angelo is conducting, will conduct, or has conducted business, or is considering conducting business, in Michigan, either alone or with others, including any and all agents and representatives, including but not limited to all entities identified on **Exhibit A** to this Agreement (along with Defendants collectively referred to herein as the "Michael Angelo Entities").  State Farm Mutual, Defendants, and the Michael Angelo Entities are collectively referred to as the "Parties," and each, individually, is referred to as a "Party."

This Confidential Agreement shall be effective upon execution by all Parties, and the execution of all exhibits by all required persons, which date shall be the "Effective Date." In consideration of the exchanged promises and the mutual covenants and agreements set forth below, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.  ████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

1

a. ███████████████████████████████
███████████████████████

b. ███████████████████████████████
████████████████████████

c. ███████████████████████████████
█████████████████████████

d. ███████████████████████████████
███████████████████████████

█████████████████████████████████
███████████████████████████████████
████████████████████████████████

2. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████

3.    <u>Dismissal of All Claims.</u>  ███████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████        In addition, within seven (7) days of the date this Confidential

Agreement is signed, the Michael Angelo Entities shall take all steps necessary to settle,

discontinue with prejudice, and to secure the discontinuance of, any lawsuits, arbitrations, appeals,

claims, and other proceedings brought by any Michael Angelo Entity pending against State Farm

Mutual and/or any individual insured by State Farm Mutual ("State Farm Mutual Insured"), in any

forum,  arising from (a) the allegations asserted or that could have been asserted in the Litigation;

and/or (b) MVA Related Health Care Services, as hereinafter defined, provided by any Michael

Angelo Entity(s) to any State Farm Mutual Insured on or before the Effective Date, and to waive

all rights to all remedies and costs relating to such matters, including attorney's fees. If the Michael

Angelo Entities fail to discontinue with prejudice any such lawsuits, arbitrations, or other

proceedings that any Michael Angelo Entity has brought against State Farm Mutual and/or any

State Farm Mutual Insured, as defined above, the Michael Angelo Entity(s) that failed to discontinue with prejudice any proceeding agree to pay and indemnify State Farm Mutual for any fees, costs, expenses, and liabilities resulting therefrom, including but not limited to any sums incurred in defending or obtaining dismissal of the lawsuits, arbitrations, or other proceedings. In addition, Angelo agrees to execute the Affidavit attached hereto as **Exhibit B** on behalf of the Michael Angelo Entities.  State Farm Mutual will be permitted to use the executed Affidavit after 15 days' notice to the applicable Michael Angelo Entity (i.e., the Michael Angelo Entity that is involved in the lawsuits, arbitrations, or other proceedings at issue), if such Michael Angelo Entity fails to discontinue any lawsuits, arbitrations, or other proceedings after the notice period described in this paragraph expires. Such Affidavit shall be used only as permitted by this Confidential Agreement, and for no other purpose.

      4.

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

    5.    <u>Michael Angelo Entities' Release of State Farm Mutual.</u> The Michael Angelo Entities hereby release and discharge State Farm Mutual from any and all judgments, claims, demands, losses, liabilities, costs, actions, causes of action, or suits of any kind whatsoever, whether in law or equity, known or unknown, foreseen or unforeseen, that any Michael Angelo

5

Entity has now or may have had against State Farm Mutual, arising from (a) the allegations asserted or that could have been asserted in the Litigation; and/or (b) MVA Related Health Care Services provided by any Michael Angelo Entity(s) to any State Farm Mutual Insured on or before the Effective Date. Furthermore, each Michael Angelo Entity agrees not to attempt to collect such bills submitted for benefits under personal injury protection coverage for which charges may remain due from any State Farm Mutual Insureds to whom such goods or services have been provided by Michael Angelo Entity(s). In the event that State Farm Mutual is required to pay any such claim, interest, or attorney's fees regarding a claim of any Michael Angelo Entity as a result of any Michael Angelo Entity's failure to comply with this paragraph, any Michael Angelo Entity(s) that failed to comply with this paragraph agree to indemnify State Farm Mutual for all such payments, including interest and attorney's fees incurred by State Farm Mutual.

6. ██████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

7.   ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████

8.     <u>State Farm Mutual's Release of Defendants.</u>  ██████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

9.     ██████████████████████████████████

        a.     ██████████████████████████████████████

               ██████████████████████████████████████

               ██████████████████████████████████████

               ██████████████████████████████████████

               ██████████████████████████████████████

               ████████████████████████████████

        b.     ██████████████████████████████████████

               ██████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████

c. ██████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

10. ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████████████████

11. ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████

12. ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

13.   <u>Confidentiality.</u>  The Parties and their attorneys agree that the terms and contents of this Confidential Agreement are and shall remain strictly confidential and shall not be released or provided to any other persons or entities or used for any purpose whatsoever without the express written consent of the Parties, or as otherwise provided herein. Nothing in this paragraph shall prohibit the Parties or their attorneys from: (a) disclosing that a settlement has occurred, (b) making any disclosure necessary to enforce the terms of this Confidential Agreement, or (c) making any disclosure required by law. ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

14.   <u>Continuing Jurisdiction and Dispute Resolution.</u> The Parties agree that the stipulation of dismissal referenced above in paragraph 3 shall provide for Judge Robert H. Cleland to retain jurisdiction to enforce any term of this Confidential Agreement, including the

10

confidentiality provisions set forth in paragraph 13.  If Judge Cleland declines jurisdiction or is not available, the Parties agree that any action to enforce any term of this Confidential Agreement shall be commenced in the United States District Court for the Eastern District of Michigan, Detroit Division (to the extent there is jurisdiction), and marked as a related case to the Litigation. If any such claim is brought, the prevailing Party shall be entitled to reasonable attorney's fees and costs.

15. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

16. ████████████████████████████████████████
██████████████████████████████████████████

17. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████

18. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

19. ████████████████████████████████████████
████████████████████████████████████████████

██████.

20.    ██████████    ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

21.    ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████

22.    ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

23.    ████████████████████████████████

████████████████████████████████████████████████████

██████████████████

24.    ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

25.    ████████████████████████████████

████████████████████████████████████████████████████



26.

IN WITNESS WHEREOF, the Parties execute this Confidential Agreement as of the last date identified below:

SIGNATURE PAGE TO FOLLOW

***

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |
|---|---|
| BY: _Doug Gum_ | |
| DATE: _2/19/2021_ | |
| | |
| **MICHAEL ANGELO** | |
| BY:_____ | |
| DATE:_____ | |
| | |
| | |
| **MICHAEL ANGELO ENTITIES**, as defined on page 1 and including, without limitation, **TOX TESTING, INC., US HEALTH PHARMACEUTICALS LLC D/B/A MEDS DIRECT**, and all other entities identified on **EXHIBIT A**. | |
| BY: _____ | |
| DATE:_____ | |

14

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |
|---|---|
| BY: _____ | |
| DATE:_____ | |
| **MICHAEL ANGELO** | |
| BY:_____ | |
| DATE:_____ 2/19/2021 | |
| **MICHAEL ANGELO ENTITIES**, as defined on page 1 and including, without limitation, **TOX TESTING, INC., US HEALTH PHARMACEUTICALS LLC D/B/A MEDS DIRECT**, and all other entities identified on **EXHIBIT A**. | |
| BY: _____ | |
| DATE:_____ 2/19/2021 | |

14