# Exhibit 47

**Exhibit 47: MSP Lawsuits**

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 1 | *La Ley Recovery Systems – FHCP, Inc. v. GEICO Cas. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2014-9268-CC-25 | 08/20/2014 | Closed |
| 2 | *MSP Recovery, LLC v. Progressive Select Ins. Co.* | S.D. Fla | 15-cv-20208-UU | 01/20/2015 | Closed |
| 3 | *MSP Recovery, LLC v. Progressive Select Ins. Co.* | S.D. Fla. | 15-cv-20213 | 01/20/2015 | Closed |
| 4 | *MSP Recovery, LLC v. Progressive Select Ins. Co.* | S.D. Fla. | 15-cv-20616-FAM | 02/17/2015 | Closed |
| 5 | *MSP Recovery, LLC v. Allstate Ins. Co.* | S.D. Fla. | 15-cv-20732-RNS | 02/23/2015 | Closed |
| 6 | *MSP Recovery, LLC v. Allstate Ins. Co.* | S.D. Fla. | 15-cv-20788-PAS | 02/25/2015 | Closed |
| 7 | *La Ley Recovery Systems-FHCP, Inc. v. GEICO Gen. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2015-4602-CA-01 | 02/27/2015 | Closed |
| 8 | *MSPA Claims 1, LLC v. GEICO Gen. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2015-5294-CA-01 | 03/06/2015 | Closed |
| 9 | *MSPA Claims 1, LLC v. Gov. Emp. SP 25 Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2015-02997-SP-25 | 03/16/2015 | Closed |
| 10 | *MSP Claims 1, LLC v. Liberty Mut. Ins.Co.* | S.D. Fla. | 15-cv-21417-UU | 04/15/2015 | Closed |
| 11 | *MSPA Claims 1, LLC v. Infinity Auto Ins. Co.* | S.D. Fla. | 15-cv-21504-JLK | 04/22/2015 | Closed |
| 12 | *MSP Recovery, LLC v. Allstate Ins. Co.* | S.D. Fla. | 15-cv-21532-JLK | 04/24/2015 | Closed |
| 13 | *MSPA Claims 1, LLC v. IDS Prop. Cas. Ins. Co.* | S.D. Fla. | 15-cv-21687-JLK | 05/04/2015 | Closed |

*"Pending" includes cases that are pending on appeal.  "Closed" means cases that have been dismissed, withdrawn, or otherwise resolved.

2

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 14 | *MSP Claims 1, LLC v. Kingsway Amigo Ins. Co.* | S.D. Fla. | 16-cv-20212-JLK | 01/19/2016 | Pending |
| 15 | *MSPA Claims 1, LLC v. First Acceptance Ins. Co.* | S.D. Fla. | 16-cv-20314-KMW | 01/27/2016 | Closed |
| 16 | *MSPA Claims 1, LLC v. Infinity Auto Ins. Co.* | S.D. Fla. | 16-cv-20320-MGC | 01/27/2016 | Closed |
| 17 | *MSPA Claims 1, LLC v. Covington Specialty Ins. Co.* | S.D. Fla. | 16-cv-20338-JAL | 01/29/2016 | Closed |
| 18 | *MSPA Claims 1, LLC v. Nat'l Specialty Ins. Co.* | S.D. Fla. | 16-cv-20375-JAL | 02/01/2016 | Closed |
| 19 | *MSPA Claims 1, LLC v. Nat'l Specialty Ins. Co.* | S.D. Fla. | 16-cv-20401-MGC | 02/03/2016 | Closed |
| 20 | *MSPA Claims 1, LLC v. Tower Hill Prime Ins. Co.* | S.D. Fla. | 16-cv-20459-KMM | 02/08/2016 | Closed |
| 21 | *MSPA Claims 1, LLC v. United Auto. Ins. Co.* | S.D. Fla. | 16-cv-20486-KMW | 02/10/2016 | Closed |
| 22 | *MSPA Claims 1, LLC v. Century Sur. Co.* | S.D. Fla. | 16-cv-20752-DPG | 03/01/2016 | Closed |
| 23 | *MSPA Claims 1, LLC v. Gov. Emp. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2016-010632-CA-01 | 05/03/2016 | Closed |
| 24 | *MSPA Claims 1, LLC v. Fireman's Fund Ins. Co.* | S.D. Fla. | 16-cv-22108-FAM | 06/09/2016 | Closed |
| 25 | *MSPA Claims 1, LLC v. Tenet Fla., Inc.* | S.D. Fla. | 17-cv-20039-KMW | 01/05/2017 | Closed |
| 26 | *MSPA Claims 1, LLC v. Allstate Ins. Co.* | N.D. Ill. | 17-cv-01340 | 02/21/2017 | Pending |
| 27 | *MAO-MSO Recovery II, LLC v. State Farm Mut. Auto. Ins. Co.* | C.D. Ill. | 17-cv-01537-JBM-TSH | 02/23/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 28 | *MAO-MSO Recovery II, LLC v. Nationwide Mut. Ins. Co.* | S.D. Ohio | 17-cv-00164-MHW-CMW | 02/24/2017 | Closed |
| 29 | *MAO-MSO Recovery II, LLC v. Progressive Corp.* | N.D. Ohio | 17-cv-00390-CAB | 02/24/2017 | Closed |
| 30 | *MAO-MSO Recovery II, LLC v. Am. Fam. Mut. Ins. Co.* | W.D. Wis. | 17-cv-00175-JDP | 03/08/2017 | Closed |
| 31 | *MAO-MSO Recovery II, LLC v. USAA Cas. Ins. Co.* | S.D. Fla. | 17-cv-20946-JAL | 03/13/2017 | Closed |
| 32 | *MAO-MSO Recovery II, LLC v. Gov't Emps. Ins. Co.* | D. Md. | 17-cv-00711-PWG | 03/15/2017 | Pending |
| 33 | *MAO-MSO Recovery II, LLC v. State Farm Mut. Auto. Ins. Co.* | C.D. Ill. | 17-cv-01541-JBM-JEH | 03/28/2017 | Closed |
| 34 | *MAO-MSO Recovery II, LLC v. Allstate Ins. Co.* | N.D. Ill. | 17-cv-02370 | 03/28/2017 | Closed |
| 35 | *MAO-MSO Recovery II, LLC v. Erie Indem. Co.* | W.D. Pa. | 17-cv-00075-BR | 03/29/2017 | Closed |
| 36 | *MSP Recovery II, LLC v. Nationwide Mut. Ins. Co.* | S.D. Ohio | 17-cv-00263-MHW-CMW | 03/31/2017 | Closed |
| 37 | *MAO-MSO Recovery II, LLC v. Infinity Prop. & Cas. Grp.* | N.D. Ala. | 17-cv-00513-KOB | 03/31/2017 | Closed |
| 38 | *MAO-MSO Recovery II, LLC v. AAA Auto Club Enterprises* | C.D. Cal. | 17-cv-00586-JVS-JCG | 03/31/2017 | Closed |
| 39 | *MAO-MSO Recovery II, LLC v. Progressive Corp.* | N.D. Ohio | 17-cv-00686-CAB | 03/31/2017 | Closed |
| 40 | *MAO-MSO Recovery II, LLC v. Farmers Ins. Exch.* | C.D. Cal. | 17-cv-02522-CAS-PLA | 03/31/2017 | Pending |
| 41 | *MAO-MSO Recovery II, LLC v. Mercury Gen.* | C.D. Cal. | 17-cv-02525-AB-AFM | 03/31/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 42 | *MAO-MSO Recovery II, LLC v. Erie Indem. Co.* | W.D. Pa. | 17-cv-00081-BR | 04/03/2017 | Closed |
| 43 | *MAO-MSO Recovery II, LLC v. AAA Autoclub Enterprises* | C.D. Cal. | 17-cv-00601-JVS-JCG | 04/03/2017 | Closed |
| 44 | *MAO-MSO Recovery II, LLC v. Mercury Gen.* | C.D. Cal. | 17-cv-02557-AB-AFM | 04/03/2017 | Closed |
| 45 | *MSP Recovery II, LLC v. The Farmers Ins. Exch.* | C.D. Cal. | 17-cv-02559-CAS-PLA | 04/03/2017 | Pending |
| 46 | *MAO-MSO Recovery II, LLC v. Liberty Mut. Holding Co.* | D. Mass. | 17-cv-10563-NMG | 04/03/2017 | Closed |
| 47 | *MAO-MSO Recovery II, LLC v. Liberty Mut. Holding Co.* | D. Mass. | 17-cv-10564-NMG | 04/03/2017 | Closed |
| 48 | *MSPA Claims 1, LLC v. Liberty Mut. Fire Ins. Co.* | S.D. Fla. | 17-cv-22539-KMW | 04/03/2017 | Closed |
| 49 | *MAO-MSO Recovery II, LLC v. USAA Cas. Ins. Co.* | S.D. Fla. | 17-cv-21289-KMW | 04/05/2017 | Closed |
| 50 | *MAO-MSO Recovery II, LLC v. Am. Fam. Mut. Ins. Co.* | W.D. Wis. | 17-cv-00262-JDP | 04/06/2017 | Closed |
| 51 | *MAO-MSO Recovery II, LLC v. Gov't Emps. Ins. Co.* | D. Md. | 17-cv-00964-PWG | 04/06/2017 | Pending |
| 52 | *MSP Recovery Claims, Series LLC v. 21st Century Centennial Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018962-CA-01 | 08/04/2017 | Closed |
| 53 | *MSP Recovery Claims, Series LLC v. Imperial Fire & Cas. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018975-CA-01 | 08/04/2017 | Closed |
| 54 | *MSP Recovery Claims, Series LLC v. Auto Club S. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018977-CA-01 | 08/04/2017 | Closed |
| 55 | *MSP Recovery Claims, Series LLC v. Metrop. Grp. Prop. & Cas. Ins.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018986-CA-01 | 08/04/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 56 | *MSP Recovery Claims, Series LLC v. Metrop. Prop. & Cas. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018987-CA-01 | 08/04/2017 | Closed |
| 57 | *MSP Recovery Claims, Series LLC v. MGA Ins. Co. Inc* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018995-CA-01 | 08/04/2017 | Closed |
| 58 | *MSP Recovery Claims, Series LLC v. United Auto. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-018998-CA-01 | 08/04/2017 | Closed |
| 59 | *MSP Recovery Claims, Series LLC v. Foremost Cnty. Mut. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019530-CA-01 | 08/10/2017 | Closed |
| 60 | *MSP Recovery Claims, Series LLC v. Hereford Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019538-CA-01 | 08/10/2017 | Closed |
| 61 | *MSP Recovery Claims, Series LLC v. Mercury Cas.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019543-CA-01 | 08/10/2017 | Closed |
| 62 | *MSP Recovery Claims, Series LLC v. Country-Wide Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019583-CA-01 | 08/10/2017 | Closed |
| 63 | *MSP Recovery Claims, Series LLC v. Foremost Cnty Mut. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019590-CA-01 | 08/10/2017 | Closed |
| 64 | *MSP Recovery Claims, Series LLC v. Hereford Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2017-019594-CA-01 | 08/10/2017 | Closed |
| 65 | *MSP Recovery Claims, Series LLC v. Travelers Cas. & Sur. Co.* | S.D. Fla. | 17-cv-23628-KMW | 10/03/2017 | Closed |
| 66 | *MSP Recovery Claims, Series, LLC v. Kingsway Amigo Ins. Co.* | S.D. Fla. | 17-cv-23631-MGC | 10/03/2017 | Closed |
| 67 | *MSP Recovery Claims, Series LLC v. Safeco Ins. Co. of Am.* | S.D. Fla. | 17-cv-23738-UU | 10/12/2017 | Closed |
| 68 | *MSP Recovery Claims, Series LLC v. ACE Am. Ins. Co.* | S.D. Fla. | 17-cv-23749-PAS | 10/13/2017 | Pending |
| 69 | *MSP Recovery Claims, Series LLC v. Indem. Ins. Co. of North Am.* | S.D. Fla. | 17-cv-23752-RNS | 10/13/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 70 | *MSP Recovery Claims, Series LLC v. Metro. Cas. Ins. Co.* | S.D. Fla. | 17-cv-23825-DLG | 10/18/2017 | Closed |
| 71 | *MSP Recovery Claims, Series LLC v. Encompass Floridian Indem. Co.* | S.D. Fla. | 17-cv-23827-DPG | 10/18/2017 | Closed |
| 72 | *MSP Recovery Claims, Series LLC v. Auto-Owners Ins. Co.* | S.D. Fla. | 17-CV-24068-PAS | 10/19/2017 | Pending |
| 73 | *MSP Recovery Claims, Series LLC v. Southern-Owners Ins. Co.* | S.D. Fla. | 17-CV-24068-PAS | 10/19/2017 | Pending |
| 74 | *MSP Recovery Claims, Series LLC v. Auto-Owners Ins. Co.* | S.D. Fla. | 17-cv-23841-PAS | 10/19/2017 | Pending |
| 75 | *MSP Recovery Claims, Series LLC v. Imperial Fire & Cas. Ins. Co.* | S.D. Fla. | 17-cv-23848-RNS | 10/20/2017 | Closed |
| 76 | *MSP Recovery Claims, Series LLC v. ARCH Indem. Ins. Co.* | S.D. Fla. | 17-cv-23849-DLG | 10/20/2017 | Closed |
| 77 | *MSP Recovery Claims, Series LLC v. Hartford Accident & Indem. Co.* | S.D. Fla. | 17-cv-23858-MGC | 10/20/2017 | Closed |
| 78 | *MSP Recovery Claims, Series LLC v. Sentinel Ins. Co., LTD.* | S.D. Fla. | 17-cv-23864-FAM | 10/20/2017 | Closed |
| 79 | *MSP Recovery Claims, Series LLC v. Westfield Ins. Co.* | S.D. Fla. | 17-cv-23879-JLK | 10/23/2017 | Closed |
| 80 | *MSP Recovery Claims, Series LLC v. Travelers Cas. & Sur. Co.* | S.D. Fla. | 17-cv-23883-DPG | 10/23/2017 | Closed |
| 81 | *MSP Recovery Claims, Series LLC v. Safeco Ins. Co. of Am.* | S.D. Fla. | 17-cv-23891-FAM | 10/24/2017 | Closed |
| 82 | *MSP Recovery Claims, Series LLC v. Amtrust Ins. Co. of Kan., Inc.* | S.D. Fla. | 17-cv-23901-MGC | 10/24/2017 | Closed |
| 83 | *MSP Recovery Claims, Series LLC v. Westfield Ins. Co.* | S.D. Fla. | 17-cv-23961-CMA | 10/30/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 84 | *MSP Recovery Claims, Series LLC v. Amtrust Ins. Co. of Kan., Inc.* | S.D. Fla. | 17-cv-23970-MGC | 10/30/2017 | Closed |
| 85 | *MSP Recovery Claims, Series LLC v. Ameriprise Ins. Co.* | S.D. Fla. | 17-cv-23980-MGC | 10/31/2017 | Closed |
| 86 | *MSP Recovery Claims, Series LLC v. Metro. Cas. Ins. Co.* | S.D. Fla. | 17-cv-23982-KMW | 10/31/2017 | Closed |
| 87 | *MSP Recovery Claims, Series LLC v. Dairyland Ins. Co.* | S.D. Fla. | 17-cv-23983-RNS | 10/31/2017 | Stayed |
| 88 | *MSP Recovery Claims, Series LLC v. The Hanover Ins. Co., Inc.* | S.D. Fla. | 17-cv-23985-FAM | 10/31/2017 | Closed |
| 89 | *MSP Recovery Claims, Series LLC v. Esurance Ins. Co.* | S.D. Fla. | 17-cv-23989-DPG | 10/31/2017 | Closed |
| 90 | *MSP Recovery Claims, Series LLC v. Am. Family Ins. Co.* | S.D. Fla. | 17-cv-23999-KMW | 10/31/2017 | Closed |
| 91 | *MSP Recovery Claims, Series LLC v. Chubb Custom Ins. Co.* | S.D. Fla. | 17-cv-24002-FAM | 11/01/2017 | Closed |
| 92 | *MSP Recovery Claims, Series LLC v. Foremost Cnty Mut. Ins. Co.* | S.D. Fla. | 17-cv-24005-KMM | 11/01/2017 | Closed |
| 93 | *MSP Recovery Claims, Series LLC v. Zurich Am. Ins. Co.* | S.D. Fla. | 17-cv-24013-RNS | 11/01/2017 | Closed |
| 94 | *MSP Recovery Claims, Series LLC v. Zurich Am. Ins. Co.* | S.D. Fla. | 17-cv-24015-RNS | 11/01/2017 | Closed |
| 95 | *MSP Recovery Claims, Series LLC v. Onebeacon Ins. Grp.* | S.D. Fla. | 17-cv-24023-FAM | 11/01/2017 | Closed |
| 96 | *MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co.* | S.D. Fla. | 17-cv-24024-DPG | 11/01/2017 | Closed |
| 97 | *MSP Recovery Claims, Series LLC v. Hartford Ins. Co. of the Midwest* | S.D. Fla. | 17-cv-24029-KMM | 11/01/2017 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 98 | *MSP Recovery Claims, Series LLC v. Sentinel Ins. Co., LTD.* | S.D. Fla. | 17-cv-24031-FAM | 11/01/2017 | Closed |
| 99 | *MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co.* | S.D. Fla. | 17-24018-CMA | 11/01/2017 | Remanded to State Court |
| 100 | *MSP Recovery Claims, Series LLC v. Ameriprise Ins. Co.* | S.D. Fla. | 17-cv-24033-KMW | 11/02/2017 | Closed |
| 101 | *MSP Recovery Claims, Series LLC v. Owners Ins. Co.* | S.D. Fla. | 17-CV-24066-PAS | 11/03/2017 | Pending |
| 102 | *MSP Recovery Claims, Series LLC v. ARCH Indem. Ins. Co.* | S.D. Fla. | 17-cv-24063-UU | 11/06/2017 | Closed |
| 103 | *MSP Recovery Claims, Series LLC v. Am. Transit Ins. Co.* | S.D. Fla. | 17-cv-24450-KMM | 12/08/2017 | Closed |
| 104 | *MSP Recovery Claims, Series LLC v. Bridgefield Emp. Ins. Co.* | S.D. Fla. | 18-cv-20835-KMM | 03/05/2018 | Closed |
| 105 | *MSPA Claims I, LLC v. Scottsdale Ins. Co.* | S.D. Fla | 18-cv-21525-FAM | 04/18/2018 | Closed |
| 106 | *MSP Recovery Claims, Series LLC v. U.S. Auto. Ass'n (USAA)* | S.D. Fla. | 18-cv-21626 | 04/24/2018 | Closed |
| 107 | *MSP Recovery Claims, Series LLC v. Mercury Gen. Grp.* | S.D. Fla. | 18-cv-21863-UU | 05/09/2018 | Closed |
| 108 | *MSP Recovery Claims, Series LLC v. MGA Ins. Co., Inc.* | S.D. Fla. | 18-cv-22265-DPG | 06/07/2018 | Closed |
| 109 | *MSP Recovery Claims, Series LLC v. Chubb Custom Ins. Co.* | S.D. Fla. | 18-cv-22317-DPG | 06/11/2018 | Closed |
| 110 | *MSPA Claims 1, LLC v. State Farm Mut. Auto. Ins. Co.* | S.D. Fla. | 18-cv-23165-RNS | 08/03/2018 | Closed |
| 111 | *MSP Recovery Claims, Series LLC v. Plymouth Rock Assurance Corp.* | D. Mass. | 18-cv-11702-ADB | 08/13/2018 | Pending |

Case 4:19-cv-12165-SDD-APP   ECF No. 339-47, PageID.2849   Filed 12/15/21   Page 10 of 12

9

| <u>No.</u> | <u>Case Name</u> | <u>Court</u> | <u>Docket No.</u> | <u>Date Filed</u> | <u>Status*</u> |
|---|---|---|---|---|---|
| 112 | *MSPA Claims 1, LLC v. Tower Hill Prime Ins. Co.* | N.D. Fla. | 18-cv-00157-AW-GRL | 08/17/2018 | Closed |
| 113 | *MSP Recovery Claims, Series LLC v. Tech. Ins. Co.* | S.D.N.Y | 18-cv-08036 | 09/04/2018 | Closed |
| 114 | *MSP Recovery Claims, Series LLC v. Merchants Mut. Ins. Co.* | W.D.N.Y. | 19-cv-00524-JLS-JJM | 09/04/2018 | Pending |
| 115 | *MSP Recovery Claims, Series LLC v. AIX Specialty Ins. Co.* | M.D. Fla. | 18-cv-01456-PGB-DCI | 09/06/2018 | Closed |
| 116 | *MSP Recovery Claims, Series LLC v. QBE Holdings, Inc.* | M.D. Fla. | 18-cv-01458-GAP-GJK | 09/06/2018 | Closed |
| 117 | *MSPA Claims 1, LLC v. First Acceptance Ins. Co., Inc.* | M.D. Fla. | 18-cv-02277-JSM-CPT | 09/13/2018 | Closed |
| 118 | *MSP Recovery Claims, Series LLC v. Fla. Farm Bureau Gen. Ins. Co.* | N.D. Fla. | 18-cv-00196-AW-GRJ | 09/26/2018 | Closed |
| 119 | *MSP Recovery Claims, Series LLC v. Progressive Corp.* | N.D. Ohio | 18-cv-02273-CAB | 10/01/2018 | Pending |
| 120 | *MSP Recovery Claims, Series LLC v. Pure Ins. Co.* | S.D. Fla. | 18-cv-62429-UU | 10/11/2018 | Closed |
| 121 | *MSP Recovery Claims, Series LLC v. Nat'l Liab. & Fire Ins. Co.* | D. Conn. | 18-cv-01827-SRU | 11/06/2018 | Closed |
| 122 | *MSP Recovery Claims, Series LLC v. NY Cent. Mut. Fire Ins. Co.* | N.D.N.Y | 19-cv-00211-MAD-TWD | 11/07/2018 | Closed |
| 123 | *MSP Recovery Claims, Series LLC  v. Zurich Am. Ins. Co.* | N.D. Ill. | 18-cv-07849 | 11/28/2018 | Closed |
| 124 | *MSP Recovery Claims, Series LLC v. GEICO Cas. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2018-42153-CA-01 | 12/19/2018 | Pending |
| 125 | *MSP Recovery Claims, Series LLC v. The Am. Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2018-042320-CA-01 | 12/20/2018 | Closed |

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 126 | *MSP Recovery Claims, Series LLC v. Grange Ins. Co.* | N.D. Ohio | 19-cv-00219-PAB | 01/28/2019 | Pending |
| 127 | *MSP Recovery Claims, Series LLC v. Phoenix Ins. Co.* | N.D. Ohio | 19-cv-00436-PAB | 02/27/2019 | Closed |
| 128 | *MSP Recovery Claims, Series LLC v. Privilege Underwriters Reciprocal Exch.* | S.D. Fla. | 19-cv-60797-MGC | 03/27/2019 | Closed |
| 129 | *MSP Recovery Claims, Series LLC v. United Auto. Ins. Co.* | S.D. Fla | 20-cv-20887-CMA | 02/27/2020 | Pending |
| 130 | *MSP Recovery Claims, Series LLC v. AIG Prop. Cas. Co.* | S.D.N.Y. | 20-cv-2102 | 03/10/2020 | Closed |
| 131 | *MSP Recovery Claims, Series LLC v. Atlantic Specialty Ins. Co.* | M.D. Fla. | 20-cv-00553-RBD-EJK | 03/30/2020 | Pending |
| 132 | *MSP Recovery Claims, Series LLC v. Erie Indem. Co.* | W.D. Pa | 20-cv-00075-SPB | 04/07/2020 | Pending |
| 133 | *MSP Recovery Claims, Series LLC v. Nationwide Mut. Ins. Co.* | S.D. Fla. | 20-cv-21573 | 04/14/2020 | Closed |
| 134 | *MSP Recovery Claims, Series LLC v. MGA Ins. Co.* | S.D. Fla. | 20-cv-21624-MGC | 04/17/2020 | Pending |
| 135 | *MSP Recovery Claims, Series LLC v. Endurance Am. Ins. Co.* | S.D. Fla | 20-cv-23219-RNS | 08/03/2020 | Closed |
| 136 | *MSP Recovery Claims, Series LLC v. Nat'l Gen. Assurance Co.* | S.D. Fla. | 20-cv-24051-AMC | 10/02/2020 | Pending |
| 137 | *MSP Recovery Claims, Series LLC v. Markel Am. Ins. Co.* | S.D. Fla. | 20-cv-24063-AMC | 10/05/2020 | Closed |
| 138 | *MSP Recovery Claims, Series LLC v. Am. Nat'l Gen. Ins. Co.* | S.D. Fla. | 20-cv-24077-CMA | 10/06/2020 | Closed |
| 139 | *MSP Recovery Claims, Series LLC v. Great Am. Ins. Co.* | S.D. Fla. | 20-cv-24094-CMA | 10/07/2020 | Closed |

11

| No. | Case Name | Court | Docket No. | Date Filed | Status* |
|---|---|---|---|---|---|
| 140 | *MSP Recovery Claims, Series LLC v. Nat'l Continental Ins. Co.* | N.D. Ohio | 21-cv-00926 | 10/08/2020 | Pending |
| 141 | *MSP Recovery Claims, Series LLC v. Northland Ins. Co.* | S.D. Fla. | 20-cv-24176-KMW | 10/12/2020 | Pending |
| 142 | *MSP Recovery Claims, Series LLC v. The Hanover Ins. Grp. Inc.* | S.D. Fla. | 20-cv-24330-UU | 10/21/2020 | Closed |
| 143 | *MSP Recovery Claims, Series LLC v. Tower Hill Preferred Ins. Co.* | N.D. Fla. | 20-cv-00262-AW-GRJ | 11/11/2020 | Pending |
| 144 | *MSP Recovery Claims, Series LLC v. 21st Century Centennial Ins. Co.* | Fl. Miami-Dade (11th Judicial Cir.) | 2020-027660-CA-01 | 12/24/2020 | Pending |