UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL ANGELO, et al.,

                Plaintiff(s),                      Case No.  19-cv-12165

v.                                        Honorable  Laurie J. Michelson

STATE FARM MUTUAL AUTOMOBILE          Magistrate Judge  Anthony P. Patti
INSURANCE COMPANY, et al.,

                Defendant(s).

_____/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge.  Pursuant to

28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district  judge for

further proceedings.

Date:  December 15, 2021                    s/Laurie J. Michelson
                                            Laurie J. Michelson
                                          U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge  Stephanie Dawkins Davis      .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.

Date:  December 16, 2021                    s/ S Schoenherr
                                              Deputy Clerk