UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL ANGELO,

        Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOTIVE
INSURANCE COMPANY,

        Defendant(s).
_____/

Case No. 19-12165

Honorable Nancy G. Edmunds

Magistrate Judge Anthony P. Patti

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: June 17, 2022

s/Nancy G. Edmunds
Nancy G. Edmunds
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge David M. Lawson.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: June 17, 2022

s/ S Schoenherr
Deputy Clerk