UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Angelo, et al.,

                    Plaintiff(s),

v.                                      Case No. 2:19−cv−12165−DPH−APP
                                                        Hon. Denise Page Hood

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

                    Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 218. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #329
        Motion to Dismiss – #330
        Motion to Dismiss – #331
        Motion to Dismiss – #332
        Motion to Dismiss – #333
        Motion to Dismiss – #334
        Motion to Dismiss – #335
        Motion to Dismiss – #338
        Motion to Dismiss – #340
        Motion for Leave to File – #379
        Motion to Strike – #396
        Motion for Leave to File – #397
        Motion for Leave to File – #398

- MOTION HEARING: August 26, 2022 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/L. Saulsberry
                                                       Case Manager

Dated: July 7, 2022