UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and the States of CALIFORNIA,
CONNECTICUT, FLORIDA,
ILLINOIS, MASSACHUSETTS,
MICHIGAN, NEW YORK, OHIO,
RHODE ISLAND, and TEXAS, and
the Government of PUERTO RICO,
*ex rel.* MSP WB, LLC, and *ex rel.*
MICHAEL ANGELO,

          Plaintiffs-Relators,

     v.

STATE FARM MUT. AUTO. INS.
CO., *et al.*

          Defendants.

No. 2:19-cv-12165-DPH-APP
Hon. Denise Page Hood
Mag. Judge Anthony P. Patti

## **RELATOR ANGELO'S NOTICE OF ORDER IN RELATED CASE**

As Notice of Order in Related Case, Relator Angelo respectfully submits this notice of developments in the related case, *State Farm Mutual Automobile Insurance Company v. Angelo,* Case No. 3:19-CV-10669 (E.D. Mich., Mar. 6, 2019), pursuant to the Court's instruction to the Parties during oral arguments on Defendants' Motions to Dismiss.

On March 5, 2024, the Sixth Circuit Court of Appeals affirmed Judge Cleland's orders compelling Relator Angelo to file his *Request for Consent to Dismiss State Farm Mutual Automobile Insurance Company and Affiliate Defendants Only.* [ECF No. 455]. The Sixth Circuit's decision is attached hereto

as **Exhibit A**.

Importantly, and consistent with *Relators' Motion for Rule 11 Sanctions Against Defendant State Farm* [ECF No. 484], the Sixth Circuit stated, "[i]f the district court were to grant Angelo's dismissal motion, MSP's claims against State Farm, and Angelo's claims against other FCA defendants, would likely continue." [**Exhibit A**, p. 7].

| | |
|---|---|
| Dated: March 8, 2024 | Respectfully Submitted, |
| | /s/ Shereef H. Akeel<br>**AKEEL & VALENTINE, PLC**<br>888 W. Big Beaver Road, Ste. 350<br>Troy, MI 48084<br>(248) 269-9595<br>Shereef H. Akeel (P54345)<br>Adam Akeel (P81328)<br>Samuel R. Simkins (P81210)<br>shereef@akeelvalentine.com<br>adam@akeelvalentine.com<br>Sam@akeelvalentine.com<br><br>***Attorneys for Relator Michael Angelo*** |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Adam S. Akeel*