# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America et al ex rel.
MSP WB, LLC and Michael Angelo,

    Plaintiffs,

v.

State Farm Mutual Automobile Insurance Company, et al.,

    Defendants.
_____/

Case No. 19-12165

Hon. Denise Page Hood

## JUDGMENT

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered against the Relators Michael Angelo and MSP WB, LLC and in favor of all Defendants.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/LaShawn Saulsberry
    Deputy Clerk

Approved:

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 26, 2024

Detroit, Michigan