## Notice of Appeal to a Court of Appeals From a
## Judgment of a District Court

United State District Court for the Eastern
District of Michigan
Docket Number 2:19-cv-12165-DHP-APP

UNITED STATES OF AMERICA
and the States of CALIFORNIA,
CONNECTICUT, FLORIDA,
ILLINOIS, MASSACHUSETTS,
MICHIGAN, NEW YORK, RHODE
ISLAND, and TEXAS, and the
Government of PUERTO RICO, *ex
rel.* MSP WB, LLC, and *ex rel.*
MICHAEL ANGELO,

         Plaintiffs-Relators,

         v.

STATE FARM MUT. AUTO. INS
CO., *et al.*

         Defendants.

Notice of Appeal

Relators MSP WB, LLC, and Michael Angelo appeal to the U.S. Circuit Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Omnibus Motion to Dismiss, Denying Amended Motion for Leave to File a Second Amended Complaint, Mooting All Remaining Motions, and Dismissing Cause of Action, [ECF Nos. 490, 491], entered on March 26, 2024.

         Respectfully submitted,

         */s/Shereef A. Akeel*
         Shereef H. Akeel (P54345)
         Adam S. Akeel (P81328)

1

Samuel R. Simkins (P81210)
Daniel W. Cermak (P84460)
Emad R. Hamadeh (P86849)
Hayden E. Pendergrass (P86888)
AKEEL & VALENTINE, PLC
888 West Big Beaver Road, Suite 350
Troy, MI 48084
shereef@akeelvalentine.com
adam@akeelvalentine.com
sam@akeelvalentine.com
daniel@akeelvalentine.com
emad@akeelvalentine.com
hayden@akeelvalentine.com

John H. Ruiz (Fla. Bar No. 928150)
John W. Cleary (Fla. Bar No. 118137)
Ryan H. Susman (Fla. Bar No. 1010444)
MSP RECOVERY LAW FIRM
2701 S. LeJeune Rd., 10th Floor
Coral Gables, FL 33134
jruiz@msprecoverylawfirm.com
jcleary@msprecoverylawfirm.com
rsusman@msprecoverylawfirm.com

Jose Alfredo Armas (Fla. Bar No. 360708)
Eduardo Bertran (Fla. Bar No. 94087)
Francesco Zincone (Fla. Bar No. 100096)
ARMAS BERTRAN ZINCONE
4960 SW 72 Avenue, Ste. 206
Miam, FL 33155
alfred@armaslaw.com
fzincone@armaslaw.com
ebertran@armaslaw.com

Dated: April 23, 2024                    *Attorneys for Plaintiffs-Relators*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 23, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

*/s/Hayden E. Pendergrass*